IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | **JUDGE NUGENT** |
| v. | ) | CASE NO. 4:18 CR 338 |
| ANDREW PITTS, | ) | Title 18, Section 2422(b), United States Code |
| Defendant. | ) | |

### COUNT 1
(Enticement, in violation of 18 U.S.C. § 2422(b))

The Grand Jury charges:

From on or about February 25, 2018 through on or about February 26, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANDREW PITTS did knowingly use facilities and means of interstate and foreign commerce, that is, a cell phone, to attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years, that is, a twelve (12) year-old boy to engage in illegal sexual activity with him, in violation of Title 18, Section 2422(b), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.